```
1  MICHAEL K. DOBRIN
   State Bar #95396
2  83 Scripps Drive, Suite 200
   Sacramento, CA 95825
3  Telephone: (916) 922-4801
   Facsimile: (916) 648-7447
4  Email: dobrinm@aol.com

5  Attorney for Defendant
   SUTTER INSURANCE COMPANY
6
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>SUTTER INSURANCE COMPANY, A California Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:10-cv-02310-DLB<br><br>STIPULATION AND ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE |

STIPULATION

The above captioned case is set for a scheduling conference to take place on 7/26/11 at 9:15 a.m. in courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.  Counsel for Sutter Insurance Company (Michael K. Dobrin) is also scheduled to appear at an arbitration hearing in Sacramento in another case on the same morning.  Also, the parties herein are in the process of discussing settlement and would like to have more time to do so while not incurring expenses/attorney's fees in connection with preparing for the scheduling conference.  Therefore,

    IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record herein, that the scheduling conference herein, currently set for 7/26/11 at 9:15 a.m. in courtroom 9 be continued to 8/30/11 at 9:30 a.m. in courtroom 9, which will coincide with the scheduling conference in <u>Sutter Insurance Co. vs. Williamsburg National Insurance Co.</u> (case no. 1:11-cv-00796-AWI-DLB).

DATED: _____

                                    BERMAN, BERMAN & BERMAN, LLP

                                    By:   ___/s/_____
                                        SPENCER A. SCHNEIDER
                                        Attorney for Plaintiff
                                        WILLIAMSBURG NATIONAL
                                        INSURANCE COMPANY

DATED: _____

                                    By:   _____/s/_____
                                        MICHAEL K. DOBRIN
                                        Attorney for Defendant
                                        SUTTER INSURANCE COMPANY

    IT IS SO ORDERED.

    **Dated:   June 22, 2011**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE