Spencer A. Schneider, Esq., SBN 175071
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Boulevard
Sixth Floor
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com

Attorneys for Plaintiff
WILLIAMSBURG NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SUTTER INSURANCE COMPANY, A California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 1:10-CV-02310-DLB <br><br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

It is hereby stipulated by and between the parties through their counsel of record herein that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); each side to bear its own costs.

Dated: September __, 2011        BERMAN, BERMAN & BERMAN, LLP

By:_____/s/_____
SPENCER A. SCHNEIDER
Attorneys for Plaintiff
WILLIAMSBURG NATIONAL INSURANCE COMPANY

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

| Dated: September __, 2011 | LAW OFFICE OF MICHAEL K. DOBRIN<br><br>By:____/s/_____<br>MICHAEL K. DOBRIN<br>Attorneys for Defendant<br>SUTTER INSURANCE COMPANY |
|---|---|

IT IS SO ORDERED.

Dated:   **October 3, 2011**                    /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE